# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

VERTICAL AVIATION INTERNATIONAL, INC.; AIRBORNE AVIATION, INC. d/b/a MAGNUM HELICOPTERS; ALEXAIR, INC. d/b/a MAVERICK HELICOPTERS; ALOHA HELICOPTER TOURS LLC d/b/a ALI'I AIR TOURS AND CHARTERS; ARIS, INC d/b/a AIR MAUI HELICOPTER TOURS; ARIS NEVADA, INC. d/b/a AIR KAUAI HELICOPTER TOURS; HAWAII PACIFIC AVIATION, INC. d/b/a MAUNA LOA HELICOPTERS; ISLAND HELICOPTERS KAUAI, INC.; JACK HARTER HELICOPTERS, INC.; NOVICTOR AVIATION LLC d/b/a RAINBOW HELICOPTERS; AND SAFARI AVIATION, INC. d/b/a SAFARI HELICOPTERS,

Petitioners,

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent.

Case Number **25-1110**

## CIRCUIT RULE 28(a)(1) STATEMENT

(A) Because this is a petition premised on final agency orders, no parties appeared before a district court; insofar as Petitioners are aware, there are no parties in this Court other than the Petitioners and the Respondent.

(B) Because this is a petition premised on final agency orders, no district court rulings are at issue in this Court; the final agency orders of the Federal Aviation Administration ("FAA") at issue are attached as exhibits to the petition.

(C) This petition was not previously before this Court or any other court. A related case pending in this Court is *Vertical Aviation International, Inc., et al. v. Federal Aviation Administration*, No. 25-1017.

Respectfully submitted,

KMA ZUCKERT LLP

Dated: April 14, 2025

Jolyon ("Jol") A. Silversmith
D.C. Circuit Bar No. 46700
Barbara M. Marrin
D.C. Circuit Bar No. 60286
888 17th Street, N.W., Suite 620
Washington, DC 20006
(202) 298-8660
Fax (202) 342-0683
jsilversmith@kmazuckert.com
bmarrin@kmazuckert.com

Nathan M. Wheat
D.C. Circuit Bar No. 65823
Murray, Morin & Herman, P.A.
3550 Buschwood Park Drive, Suite 130
Tampa, FL 33618
(813) 222-1800
Fax (813) 222-1801
nwheat@mmhlaw.com